# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO: 8:16-cr-116-CEH-AEP

ANDRE DWIGHT STEWART

_____

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation on Violation of Supervised Release of the United States Magistrate Judge (Doc.54) entered March 16, 2023, a Final Revocation Hearing was previously scheduled for April 28, 2023 at 2:30 PM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 6th day of April 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services